IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHROCIA WADDELL, | ) | |
| | ) | 8:05CV61 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ODER |
| PETER SPATT, M.D., ARGUS HOME | ) | |
| HEALTH CARE, and EXEMPLA | ) | |
| LUTHERAN MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Warren K. Urbom for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 14th day of June, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE