IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHROCIA WADDELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv61 |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| PETER SPATT, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the Memorandum and Order entered on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint and this action are dismissed, without prejudice, for lack of in personal jurisdiction over the defendants.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge